UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN ACKER,

        Plaintiff,

v.                                          Case No. 1:17-cv-909
                                              Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**.

Dated: April 27, 2020                                                         /s/ Ray Kent
                                                                                 United States Magistrate Judge