UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN ACKER,

    Plaintiff,

v.                                                Case No. 1:17-cv-909
                                                     Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**JUDGMENT**

    In accordance with the Order filed this date:

    The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as directed in *Robin Acker v. Commissioner of Social Security*, 20-1610 (6th Cir. Sept. 9, 2021).

    **IT IS SO ORDERED**.

Dated:  February 24, 2022                               /s/ Ray Kent
                                                                               United States Magistrate Judge